**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Meridian Holding Group, LLC | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 84-2019277 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 950 Jericho Turnpike | |
| Number    Street | Number    Street |
| | P.O. Box |
| Westbury    NY    11590 | |
| City        State   ZIP Code | City        State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Nassau County | 509 West Colonial Dr. |
| County | Number    Street |
| | Suite 100 |
| | Orlando    FL    32804 |
| | City        State   ZIP Code |

5. **Debtor's website** (URL)    Www.Providencegrouplp.com

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor __Meridian Holding Group, LLC_____ Case number *(if known)*_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
523940

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY
        District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                     MM / DD / YYYY
      Case number, if known _____

Debtor __Meridian Holding Group, LLC_____  Case number *(if known)*_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>City                                    State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name    _____<br>         Phone              _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

Debtor  Meridian Holding Group, LLC
_____
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/31/2023
              MM  / DD / YYYY

✘ /s/ Robert Manners
Signature of authorized representative of debtor

Robert Manners
Printed name

Title  Manager

**18. Signature of attorney**

✘ /s/ Frank Wolff
Signature of attorney for debtor

Date  01/31/2023
      MM  / DD / YYYY

Frank Wolff
Printed name

Frank M. Wolff Law P.A.
Firm name

P.O. Box 850
Number    Street

Oakland
City

FL
State

34760
ZIP Code

407-701-9109
Contact phone

frankmwolff@gmail.com
Email address

319521
Bar number

FL
State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

**Fill in this information to identify the case:**

Debtor name: Meridian Holding Group, LLC

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Conwell Business Law, LLLP 12610 Racetrack Road Suite 200 Tampa, FL, 33626 | | Debt Counseling / Attorneys | | | | 2,435,133.70 |
| 2 | GT Securities, Inc. 12130 Millennium Drive Suite 300 Los Angeles, CA, 90094 | | Services | | | | 750,000.00 |
| 3 | Fair Value Advisors 300 S. Orange Avenue Suite 1000 Orlando, FL, 32801 | | Services | | | | 75,978.00 |
| 4 | Steven D and Sheila A Webster 12375 White Oak Lane Collinsville, MS, 39325 | | | Disputed | | | 0.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor  Meridian Holding Group, LLC
      Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

**Meridian Holdings, LLC**
**Standalone Balance Sheets**
(Equity Method of Accounting for Subsidiaries)

| | Dec 31, 2019 | Dec 31, 2020 | Dec 31, 2021 | Oct 31, 2022 |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash | $ - | $ - | $ - | $ - |
| Investment in Webster Holding Group, LLC | 611,803 | 1,560,955 | 3,492,994 | 6,057,130 |
| Investment in Webster RE Holding Group, LLP | (14,103) | (42,308) | (70,513) | (94,017) |
| **Total Assets (at cost)** | $ 597,700 | $ 1,518,647 | $ 3,422,481 | $ 5,963,113 |
| | | | | |
| **Liabilities:** | | | | |
| Accounts payable | $ - | $ - | $ - | $ - |
| Other liabilities | 150,000 | 373,182 | 1,313,976 | 3,051,431 (a) |
| **Total liabilities** | 150,000 | 373,182 | 1,313,976 | 3,051,431 |
| | | | | |
| **Members' Equity:** | | | | |
| LTD Contributions | 866,434 | 866,434 | 866,434 | 866,434 |
| CY earnings (loss) | 4,311 | 701,305 | 963,040 | 803,177 |
| CY Distrubutions | (423,045) | (3,540) | - | - |
| Retained Earnings | - | (418,734) | 279,031 | 1,242,071 |
| **Members' Equity** | 447,700 | 1,145,465 | 2,108,505 | 2,911,682 |
| | | | | |
| **Total Liabilities and Members' Equity** | $ 597,700 | $ 1,518,647 | $ 3,422,481 | $ 5,963,113 |
| Out of balance | - | - | - | - |

(a) - includes accrued expenses through January 30, 2023.

**Meridian Holdings, LLC**
**Standalone Statement of Income**
(Equity Method of Accounting for Subsidiaries)

| | YE Dec 31 2019 | YE Dec 31 2020 | YE Dec 31 2021 | YTD Oct 31 2022 | | Cumulative |
|---|---:|---:|---:|---:|---|---:|
| **Income (loss) from unconsolidated subsidiaries** | | | | | | |
| Webster Holding Group, LLC | $ 626,480.00 | $ 952,692.00 | $ 1,932,039.00 | $ 2,564,136.00 | $ | 6,075,347 |
| Webster Holding Group, LLC | (458,066.00) | - | - | - | $ | (458,066) |
| Webster RE Holding Group, LLP | (14,103) | (28,205) | (28,205) | (23,504) | $ | (94,017) |
| Income from unconsolidated subs, net | 154,311 | 924,487 | 1,903,834 | 2,540,632 | $ | 5,523,264 |
| Expenses: | | | | | | |
| Legal - Assurance litigation | - | 223,182 | 884,143 | 1,108,821 | $ | 2,216,146 |
| Legal - Assurance settlement | - | - | - | 6,163 (a) | $ | 6,163 |
| Accounting expert | - | - | 56,651 | 48,303 (a) | $ | 104,954 |
| Financing expense | 150,000 | - | - | 560,000 (a) | $ | 710,000 |
| Document management | - | - | - | 14,168 | $ | 14,168 |
| Total expenses | 150,000 | 223,182 | 940,794 | 1,737,455 | $ | 3,051,431 |
| Net income | $ 4,311 | $ 701,305 | $ 963,040 | $ 803,177 | $ | 2,471,833 |
| Cumulative net income | $ 4,311 | $ 705,616 | $ 1,668,656 | $ 2,471,833 | | |

(a) - includes accrued expenses through January 30, 2023.

## ATTACHMENT TO SUBCHAPTER V VOLUNTARY PETITION

Meridian Holding Group, LLC, Webster Holdings Group, LLC and its subsidiaries and Webster Real Estate Holding Group, LLC are flow-through entities. Webster Holdings Group, LLC and its subsidiaries and Webster Real Estate Holding Group, LLC are all single-member limited liability companies and therefore are treated as disregarded entities. As such, the revenues and expenses of these entities would be reported by Meridian Holding Group, LLC. The resulting net income (loss) and other tax attributes would flow through to the owners of Meridian Holding Group, LLP on form K-1s. For this reason, Meridian does not file tax returns.

Assurance Mezzanine Fund III, LP
Attn: Ryan Koppe, Vice President
509 West Colonial Dr, Suite 100
Orlando, FL 32804


Barry Thaggard & May, LLP
Attn: J. Richard Barry, Esq
PO Box 2009
Meridian, MS 39302-2009


Conwell Business Law, LLLP
12610 Racetrack Road
Suite 200
Tampa, FL 33626


Fair Value Advisors
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801


GT Securities, Inc.
12130 Millennium Drive
Suite 300
Los Angeles, CA 90094


John Myers
6898 S. University Blvd., Suite 270
Centennial, CO 80122


Metro City Realty LLC
3925 East Patrick Lane
Phoenix, AZ 85050


Rogers Towers, PA
Attn:  Scott J. Kennelly
1301 Riverplace Blvd, Suite 1500
Jacksonville, FL 32207


Steven D and Sheila A Webster
12375 White Oak Lane
Collinsville, MS 39325