**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

MERIDIAN HOLDING GROUP, LLC,

        Debtor.

_____/

Case No.: 6:23-bk-00388-GER

Chapter 11

**WEBSTER ACQUISITION HOLDINGS LLC'S LIMITED**
**OBJECTION TO MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

Webster Acquisition Holdings LLC, the assignee of Assurance Mezzanine Fund III, L.P. ("WAH"), by and through its undersigned counsel, hereby files its limited objection to the Motion to Withdraw as Counsel for Debtor [Doc. 150] (the "Motion to Withdraw") and states as follows:

1. On January 31, 2023, the Debtor, Meridian Holding Group, LLC ("Meridian" or the "Debtor"), filed a Subchapter V Chapter 11 bankruptcy petition.

2. A trial was held on August 14, 2023, and was continued to August 23, 2023, on Confirmation of Debtor's Plan of Reorganization.

3. On August 25, 2023, the Court entered the Order (1) Denying Confirmation, (2) Denying Pending Motions as Moot, and (3) Dismissing Case [Doc. 147].

4. On September 8, 2023, the Debtor filed a Notice of Appeal and Statement of Election [Doc. 152].

5. On that same date, counsel for the Debtor, Frank M. Wolff, Esq. filed a Motion to Withdraw as Counsel for the Debtor, citing differences between himself and the Debtor [Doc. 150].

6.  WAH does <u>not</u> oppose Mr. Wolff's withdrawal from the case. WAH files this limited objection requesting the Court to impose a reasonable time limit (e.g., 15 days) within which the Debtor must retain new counsel to prevent delay with the appeal.

WHEREFORE, Webster Acquisition Holdings LLC objects on a limited basis to the Motion to Withdraw as Counsel for Debtor, seeking entry of an order imposing a reasonable time limit for the Debtor to retain new counsel.

Dated: September 15, 2023.

**ROGERS TOWERS, P.A.**

/s/  Mark S. Mitchell
Mark S. Mitchell
Florida Bar No.: 0018039
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
mmitchell@rtlaw.com (email)

Attorneys for WEBSTER ACQUISITION HOLDINGS LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed with the Clerk of the Court using the Court's CM/ECF system and has been served by electronic transmission to all registered users in this case on this 15th day of September, 2023.

/s/  Mark S. Mitchell
Attorney